UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOJUNE YOO, et al., | CASE NO. C25-1752JLR |
| Plaintiffs, | ORDER |
| v. | |
| HOMESITE INSURANCE COMPANY, | |
| Defendant. | |

On May 14, 2026, the parties filed a stipulated motion for a protective order. (Mot. (Dkt. # 9).) The motion, however, does not comport with this District's Local Civil Rules governing motions of this nature. *See* Local Rules W.D. Wash. LCR 26(c)(2). In this District, parties are encouraged to use the District's model protective order and those parties that "wish to depart from the model order must provide the court with a redlined version identifying departures from the model." *Id*. Here, the parties do not state whether they made any changes to the model protective order and do not include a

ORDER - 1

redlined version identifying those changes, if any.  (*See generally* Mot.).  Accordingly, the court DENIES the parties' stipulated protective order (Dkt. # 9) without prejudice to them refiling the motion in a manner that comports with Local Civil Rule 26(c)(2).

Dated this 15th day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2